William D. Hyslop
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Emily H. Geddes
Law Clerk
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 8 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 1:20-MJ-4048-MKD |
|---|---|
| Plaintiff, | INFORMATION SUPERSEDING CITATION |
| v. | |
| THEODORE R. MOLINE, | Vio: 21 U.S.C. § 844 Wrongful Introduction of Marijuana |
| Defendant. | |

The United States Attorney charges that on or about November 21, 2019, at the Yakima Training Center in Yakima, Washington, in the Eastern District of Washington, Defendant THEODORE R. MOLINE, did, without authorization, introduce marijuana onto federal property, in violation of 21 U.S.C. § 844, a Class A misdemeanor.

Dated this 18th day of February, 2020.

William D. Hyslop
United States Attorney

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney

INFORMATION SUPERSEDING CITATION – 1

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I will send notification to Defendant by U.S. mail at:

> Theodore R. Moline
> 132 Toutle Park Rd
> Castle Rock, WA 98611

I do not believe that a defense attorney is currently representing Defendant in this matter.

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney

*s/ Emily H. Geddes*
Emily H. Geddes
Law Clerk

INFORMATION SUPERSEDING CITATION – 2